UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRES CRUZES LAND & CATTLE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMNPANY, an Ohio corporation; GARY HERD, an individual; NANCY HERD, an individual; and DOES 1 to 40, inclusive,<br><br>Defendants. | No.  2:15-cv-00449-MCE-DAD<br><br>**ORDER** |

The court has received a Notice of Related Cases from counsel for Defendant Scottsdale Insurance Company in the above-captioned matter asking that it be related to another matter pending in the United States District Court, Northern District of California, entitled <u>Busby v. Scottsdale Ins. Co.,. et al.</u>, U.S. District Court Case No. 4:15-cv-00881-DMR.  The Notice of Related Cases purports to be made under the auspices of Eastern District Local Rule 123.  Rule 123, however, applies only to cases pending in the Eastern District; here, the case for which relation is sought is pending in another district altogether, the Northern District of California.

This order is issued for informational purposes only, and shall have no effect on the status of either this case or the case pending before the Northern District.

IT IS SO ORDERED.

Dated: March 12, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT