UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRES CRUZES LAND & CATTLE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, a subsidiary of Nationwide Insurance Company, an Ohio corporation, et al.,<br><br>Defendants. | No.  2:15-cv-00449 MCE-DAD<br><br>**RELATED CASE ORDER** |
| JOHN W. BUSBY II, Trustee of the Edward Pestana Trust,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, a subsidiary of Nationwide Insurance Company, an Ohio corporation, et al.,<br><br>Defendants. | No.  2:15-cv-00764 GEB-DAD |

The Court has received the Notice of Related Case filed on April 14, 2015.

Examination of the above-entitled civil actions reveals that these actions are

related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve

1

1 many of the same defendants and are based on the same or similar claims, the same
2 property transaction or event, similar questions of fact and the same questions of law,
3 and would therefore entail a substantial duplication of labor if heard by different judges.
4 Accordingly, the assignment of the matters to the same judge is likely to effect a
5 substantial savings of judicial effort and is also likely to be convenient for the parties.

6 The parties should be aware that relating the cases under Local Rule 123 merely
7 has the result that both actions are assigned to the same judge; no consolidation of the
8 action is effected.  Under the regular practice of this court, related cases are generally
9 assigned to the district judge and magistrate judge to whom the first filed action was
10 assigned.

11 IT IS THEREFORE ORDERED that the action denominated 2:15-cv-00764 GEB-
12 DAD, John W. Busby II v. Scottsdale Insurance Company, et al. is reassigned to Chief
13 Judge Morrison C. England, Jr. and Magistrate Judge Dale A. Drozd for all further
14 proceedings, and any dates currently set in this reassigned case only are hereby
15 VACATED.  The Clerk of the Court is to issue an Order Requiring Joint Status Report.
16 Henceforth, the caption on documents filed in the reassigned case shall be shown as
17 2:15-cv-00764-MCE-DAD.

18 IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
19 adjustment in the assignment of civil cases to compensate for this reassignment.
20 IT IS SO ORDERED.
21 Dated:  May 8, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT