STEPHEN C. SNIDER, SBN 099557
KRISTINA O. LAMBERT, SBN 290403
SNIDER, DIEHL & RASMUSSEN, LLP
Attorneys at Law
1111 W. Tokay Street
P.O. Box 560
Lodi, CA 95241
(209) 334-5144
(209) 333-1034 (fax)

Attorneys for Defendants, GARY HERD and NANCY HERD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRES CRUZES LAND & CATTLE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, and individual; NANCY HERD, an individual; and DOES 1-40, Inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00449-MCE-DAD<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT<br><br>Current Response Date: May 15, 2015<br>New Response Date: May 29, 2015 |

      Plaintiff TRES CRUZES LAND & CATTLE, LLC ("Tres Cruzes") and Defendants GARY HERD and NANCY HERD ("the Herds"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby stipulate to an 14-day extension of time to respond to Tres Cruzes' Complaint in this matter.

      Tres Cruzes filed this action on February 4, 2015, in Alameda County Superior Court. The action was removed to Federal Court on February 26, 2015.  Counsel for the Herds accepted service of the Complaint on March 16, 2015. Pursuant to Federal Rules of Civil Procedure Rule

SNIDER, DIEHL
& RASMUSSEN, LLP
ATTORNEYS AT LAW
1111 W. TOKAY ST.
P.O. BOX 560
LODI, CA 95241
(209) 334-5144
(FAX)(209) 333-1034

- 1 -

18976.10    ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

12(a)(1)(A)(i), the Herds are required to respond to the Complaint on or before May 15, 2013. Pursuant to Eastern District Local Rule 144(a), the Parties stipulate and agree to extend these dates for 14-days to May 29, 2015. The parties agree that good cause exists for this extension to allow the Herds time to respond to the Complaint. There have been no prior extensions of time for the Herds to respond to the Complaint, and there appears to be no prejudice extending the time for the Herds to respond to the Complaint.

  WHEREFORE, for the foregoing reasons, the parties stipulate that the Herds shall have up to and including May 29, 2015 to answer or otherwise respond to Tres Cruzes' Complaint.

  IT IS SO STIPULATED.

Dated: May 15, 2015.

            SNIDER, DIEHL & RASMUSSEN, LLP

            By   /s/ Stephen C. Snider
              STEPHEN C. SNIDER
              Attorneys for Defendants,
              GARY HERD AND NANCY HERD

Dated: May15. 2015.

            BUSBY & ZAPPALA LLP

            By   /s/ Erin Sanchez
              Erin Sanchez
              Attorneys for Plaintiffs,
              John W. Busby II, Trustee of the
              Edward Pestana Trust

  In accordance with the foregoing stipulation, IT IS SO ORDERED.

Dated: May 19, 2015

            [signature]
            MORRISON C. ENGLAND, JR., CHIEF JUDGE
            UNITED STATES DISTRICT COURT

SNIDER, DIEHL
& RASMUSSEN, LLP
ATTORNEYS AT LAW
1111 W. TOKAY ST.
P.O. BOX 560
LODI, CA 95241
(209) 334-5144
(FAX)(209) 333-1034

- 2 -

18976.10   ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT