```
RALPH A. ZAPPALA, SBN 102052
ERIN SHEFFIELD SANCHEZ, SBN 238450
BUSBY & ZAPPALA LLP
251 Lafayette Circle, Suite 350
Lafayette, California 94549
Telephone:    (925) 299-9600
Facsimile:    (925) 299-9608
Email:        rzappala@bzlawllp.com
              esanchez@bzlawllp.com
```

Attorneys for Plaintiff
TRES CRUZES LAND & CATTLE LLC


```
ERIN SHEFFIELD SANCHEZ, SBN 238450
BUSBY & ZAPPALA LLP
251 Lafayette Circle, Suite 350
Lafayette, California 94549
Telephone:    (925) 299-9600
Facsimile:    (925) 299-9608
E-mail:       esanchez@bzlawllp.com
```

Attorneys for Plaintiff
JOHN W. BUSBY II, TRUSTEE OF THE
EDWARD PESTANA TRUST


```
SONIA MARTIN, SBN 191148
MENGMENG ZHANG, SBN 280411
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300
E-mail:       sonia.martin@dentons.com
              Mengmeng.zhang@dentons.com
```

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


[CAPTION CONTINUES ON FOLLOWING PAGE]

| | |
|---|---|
| TRES CRUZES LAND & CATTLE LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, an individual; NANCY HERD, an individual; and DOES 1-40, inclusive,<br><br>　　　　Defendants. | Case No.: 2:15-cv-00449-MCE-DAD |
| JOHN W. BUSBY II, TRUSTEE OF THE EDWARD PESTANA TRUST, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, an individual; NANCY HERD, an individual; and DOES 1-30, inclusive,<br><br>　　　　Defendants. | Case No.: 2:15-cv-00764-MCE-DAD<br><br>**STIPULATION AND ORDER TO CONSOLIDATE RELATED CASES** |

　　Plaintiff TRES CRUZES LAND & CATTLE, LLC ("TRES CRUZES"), and Defendants SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY ("SCOTTSDALE")[1], parties to the case styled *Tres Cruzes Land & Cattle LLC v. Scottsdale Insurance Company, a Subsidiary of Nationwide Insurance Company,*

---

[1] Defendants Gary Herd and Nancy Herd have not yet appeared in this case.

1  *et al.*, U.S. District Court, Eastern District of California, Case No. 2:15-cv-000449-MCE-DAD
2  ("TRES CRUZES ACTION"), and Plaintiff JOHN W. BUSBY II, TRUSTEE OF THE
3  EDWARD PESTANA TRUST ("TRUSTEE") and Defendants SCOTTSDALE[2], parties to the
4  case styled *John W. Busby II, Trustee of the Edward Pestana Trust v. Scottsdale Insurance*
5  *Company, a Subsidiary of Nationwide Insurance Company, et al.*, U.S. District Court, Eastern
6  District of California, Case No. 2:15-cv-00764-MCE-DAD ("TRUSTEE ACTION") having met
7  and conferred, have agreed that these matters should be consolidated, pursuant to Federal Rule of
8  Civil Procedure 42(a). Accordingly, the parties hereby stipulate as follows:

9  WHEREAS, SCOTTSDALE filed its Notice of Removal of Civil Action in the TRES
10  CRUZES ACTION on February 26, 2015 removing the case from San Joaquin County Superior
11  Court (where it was Case No. 39-2015-00321479-CU-BC-STK);[3]

12  WHEREAS, SCOTTSDALE filed its Notice of Removal of Civil Action in the
13  TRUSTEE ACTION on February 26, 2015 removing the case from Alameda County Superior
14  Court (where it was Case No. RG15754697);

15  WHEREAS, the TRUSTEE ACTION was transferred from the U.S. District Court,
16  Northern District of California on April 8, 2015 pursuant to a stipulation between the parties and
17  an order signed by Hon. Charles R. Breyer;[4]

18  WHEREAS, SCOTTSDALE filed Notices of Related Case in the TRES CRUZES
19  ACTION and TRUSTEE ACTION on April 14, 2015, notifying the court that the two cases are
20  related, with the cases subsequently deemed related by Order filed May 11, 2015;

21  WHEREAS, the TRUSTEE ACTION involves substantially the same parties, similar
22  claims, the same property, the same insurance policy, and similar questions of fact and law as the
23  TRES CRUZES ACTION, such that assignment of these cases to the same judge would result in
24  a substantial savings of judicial effort;

---

[2] Defendants Gary Herd and Nancy Herd have not yet appeared in this case.
[3] TRES CRUZES filed a Motion to Remand this case, and a hearing on the motion was set for May 14, 2015.
[4] TRUSTEE filed a Motion to Remand this case, and a hearing on the motion was set for June 29, 2015.

STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS
CASE NO. 2:15-CV-00449-MCE-DAD
CASE NO. 2:15 CV-00764-MCE-DAD - 3

WHEREAS, neither the TRUSTEE ACTION nor the TRES CRUZES ACTION have been assigned a trial date and therefore there is no risk of delaying trial due to the proposed consolidation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to the TRES CRUZES ACTION and the TRUSTEE ACTION, through their respective counsel of record herein, that the TRUSTEE ACTION be consolidated with the TRES CRUZES ACTION for all purposes.

IT IS SO STIPULATED.

Dated: May 11, 2015                           BUSBY & ZAPPALA LLP

                                              By___/S/__Erin S. Sanchez_____
                                              ERIN S. SANCHEZ
                                              Attorney for Plaintiff
                                              TRES CRUZES LAND & CATTLE LLC

Dated: May 11, 2015                           BUSBY & ZAPPALA LLP

                                              By___/S/__Erin S. Sanchez_____
                                              ERIN S. SANCHEZ
                                              Attorney for Plaintiff
                                              JOHN W. BUSBY II, TRUSTEE OF THE EDWARD PESTANA TRUST

Dated: May 11, 2015                           DENTONS US LLP

                                              By__/S/___Sonia Martin_____
                                              SONIA MARTIN
                                              Attorney for Defendant
                                              SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the Court hereby orders that *Tres Cruzes Land & Cattle LLC v. Scottsdale Insurance Company, a Subsidiary of Nationwide Insurance Company, et al.*, U.S. District Court, Eastern District of California, Case No. 2:15-CV-000449-MCE-DAD ("TRES CRUZES ACTION") is consolidated, for all purposes including trial, with *John W. Busby II, Trustee of the Edward Pestana Trust v. Scottsdale Insurance Company, a Subsidiary of Nationwide Insurance Company, et al.*, U.S. District Court, Eastern District of California, Case No. 2:15-CV-00764-MCE-DAD ("TRUSTEE ACTION").

IT IS SO ORDERED.

Dated: May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT