STEPHEN C. SNIDER, SBN 099557
KRISTINA O. LAMBERT, SBN 290403
SNIDER, DIEHL & RASMUSSEN, LLP
Attorneys at Law
1111 W. Tokay Street
P.O. Box 560
Lodi, CA 95241
(209) 334-5144
(209) 333-1034 (fax)

Attorneys for Defendants, GARY HERD and NANCY HERD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRES CRUZES LAND & CATTLE, LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, and individual; NANCY HERD, an individual; and DOES 1-40, Inclusive,<br><br>  Defendants. | Consolidated Case No.:<br><br>2:15-cv-00449-MCE-DAD<br><br><br>ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT<br><br>Current Response Date: May 15, 2015<br>New Response Date: May 29, 2015 |
| JOHN W. BUSBY II, TRUSTEE OF THE EDWARD PESTANA TRUST, an individual<br><br>  Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, and individual; NANCY HERD, an individual; and DOES 1-40, Inclusive,<br><br>  Defendants. | Associated Case No.:<br><br>3:15-CV-00881-MCE-DAD |

- 1 -

SNIDER, DIEHL & RASMUSSEN, LLP
ATTORNEYS AT LAW
1111 W. TOKAY ST.
P.O. BOX 560
LODI, CA 95241
(209) 334-5144
(FAX)(209) 333-1034

18976.10   ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Plaintiff JOHN W. BUSBY II, TRUSTEE OF THE EDWARD PESTANA TRUST ("Busby") and Defendants GARY HERD and NANCY HERD ("the Herds"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby stipulate to an 14-day extension of time to respond to Busby's Complaint in this matter.

Busby filed this action on February 4, 2015, in Alameda County Superior Court. The action was removed to Federal Court on February 26, 2015.  Counsel for the Herds accepted service of the Complaint on March 16, 2015. Pursuant to Federal Rules of Civil Procedure Rule 12(a)(1)(A)(i), the Herds are required to respond to the Complaint on or before May 15, 2013. Pursuant to Eastern District Local Rule 144(a), the Parties stipulate and agree to extend these dates for 14-days to May 29, 2015. The parties agree that good cause exists for this extension to allow the Herds time to respond to the Complaint. There have been no prior extensions of time for the Herds to respond to the Complaint, and there appears to be no prejudice extending the time for the Herds to respond to the Complaint.

WHEREFORE, for the foregoing reasons, the parties stipulate that the Herds shall have up to and including May 29, 2015 to answer or otherwise respond to Busby's Complaint.

IT IS SO STIPULATED.

Dated:  May 19, 2015.

        SNIDER, DIEHL & RASMUSSEN, LLP

        By   /s/ Stephen C. Snider
          STEPHEN C. SNIDER
          Attorneys for Defendants,
          GARY HERD AND NANCY HERD

///

///

SNIDER, DIEHL
& RASMUSSEN, LLP
ATTORNEYS AT LAW
1111 W. TOKAY ST.
P.O. BOX 560
LODI, CA 95241
(209) 334-5144
(FAX)(209) 333-1034

- 2 -

18976.10   ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Dated: May 19. 2015.

                                                    BUSBY & ZAPPALA LLP

                                                    By_____/s/ Erin Sanchez
                                                          Erin Sanchez
                                                          Attorneys for Plaintiffs,
                                                          John W. Busby II, Trustee of the
                                                          Edward Pestana Trust

IT IS SO ORDERED.

Dated:  May 26, 2015

                                        _____
                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

**SNIDER, DIEHL & RASMUSSEN, LLP**
ATTORNEYS AT LAW
1111 W. TOKAY ST.
P.O. BOX 560
LODI, CA 95241
(209) 334-5144
(FAX)(209) 333-1034

- 3 -

18976.10    ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT