SONIA MARTIN (State Bar No. 191148)
JONE TRAN (State Bar No. 239311)
MENGMENG ZHANG (State Bar No. 280411)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300
E-mail:        sonia.martin@dentons.com
                    jone.tran@dentons.com
                    mengmeng.zhang@dentons.com

Attorneys for Defendant and Cross-Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRES CRUZES LAND & CATTLE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, an individual; NANCY HERD, an individual; and DOES 1 to 40, inclusive,<br><br>Defendants. | Consolidated Case No.:<br><br>2:15-cv-00449-MCE-DAD<br><br><br>STIPULATION AND ORDER TO EXTEND TIME FOR SCOTTSDALE TO FILE RESPONSES TO THE HERDS' CROSSCLAIMS |
| JOHN W. BUSBY II, TRUSTEE OF THE EDWARD PESTANA TRUST, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, an individual; NANCY HERD, an individual; and DOES 1 to 30, inclusive,<br><br>Defendants. | Related Case No.:<br><br>2:15-cv-00764-MCE-DAD |

Case No. 2:15-cv-00449-MCE-DAD         -1-         STIPULATION AND ORDER TO EXTEND TIME FOR SCOTTSDALE TO FILE RESPONSES TO THE HERDS' CROSSCLAIMS

Defendant and Cross-Defendant SCOTTSDALE INSURANCE COMPANY ("Scottsdale") and Defendants and Cross-Claimants GARY HERD and NANCY HERD ("the Herds"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby stipulate to an 14-day extension of time for Scottsdale to respond to the Herds' Crossclaim in these consolidated actions.

The Herds filed their Answers and Crossclaims in these actions on May 29, 2015. Pursuant to Federal Rules of Civil Procedure Rule 12(a)(1)(A)(i), Scottsdale's responses currently are due June 22, 2015.

Pursuant to Eastern District Local Rule 144(a), the Parties stipulate and agree to extend these dates for 14-days to July 6, 2015. The parties agree that good cause exists for this extension to allow Scottsdale time to file responses to the Crossclaims. There have been no prior extensions of time for Scottsdale to respond to the Crossclaims, and there appears to be no prejudice extending the time for Scottsdale to respond to the Crossclaims.

WHEREFORE, for the foregoing reasons, the parties stipulate that Scottsdale shall have up to and including July 6, 2015 to answer or otherwise respond to the Crossclaims in these consolidated action.

IT IS SO STIPULATED.

Dated: June 17, 2015                    DENTONS US LLP

                                        By:    /s/ Sonia R. Martin
                                               Sonia R. Martin

                                        Attorneys for Defendant and Cross-Defendant
                                        SCOTTSDALE INSURANCE COMPANY

Dated: June 16, 2015                    SNIDER, DIEHL & RASMUSSEN, LLP

                                        By:  /s/ Stephen C. Snider (as authorized
                                             on June 16, 2015)
                                                Stephen C. Snider

                                        Attorney for Defendants and Cross-Claimants
                                        GARY HERD AND NANCY HERD

Case No. 2:15-cv-00449-MCE-DAD          -2-      STIPULATION AND ORDER TO
                                                 EXTEND TIME FOR SCOTTSDALE TO FILE
                                                 RESPONSES TO THE HERDS' CROSSCLAIMS

1   In accordance with the foregoing stipulation, IT IS SO ORDERED.  Scottsdale shall
2   answer or otherwise respond to the Crossclaims filed in this consolidated action not later than July
3   6, 2015.

Dated:  June 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT