RALPH A. ZAPPALA, SBN 102052
ERIN SHEFFIELD SANCHEZ, SBN 238450
BUSBY & ZAPPALA LLP
251 Lafayette Circle, Suite 350
Lafayette, California 94549
Telephone:    (925) 299-9600
Facsimile:    (925) 299-9608
E-mail:       rzappala@bzlawllp.com
              esanchez@bzlawllp.com

Attorneys for Plaintiffs and Counter-Defendants
TRES CRUZES LAND & CATTLE LLC and
JOHN W. BUSBY II, TRUSTEE OF THE
EDWARD PESTANA TRUST

SONIA MARTIN (State Bar No. 191148)
MENGMENG ZHANG (State Bar No. 280411)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300
E-mail:       sonia.martin@dentons.com
              mengmeng.zhang@dentons.com

Attorneys for Defendant and Cross-Defendant
SCOTTSDALE INSURANCE COMPANY

STEPHEN C. SNIDER (State Bar No. 099557)
SNIDER, DIEHL & RASMUSSEN, LLC
1111 W. Tokay Street
P.O. Box 560
Lodi, California 95241
Telephone:    (209) 334-5144
Facsimile:    (209) 333-1034
E-mail:       s.snider@lodilaw.com

Attorneys for Defendants, Counter-Claimants
and Cross-Complainants
GARY HERD and NANCY HERD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRES CRUZES LAND & CATTLE, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, an individual; NANCY HERD, an individual; and DOES 1-30, inclusive,<br><br>    Defendants.<br><br>JOHN W. BUSBY II, TRUSTEE OF THE EDWARD PESTANA TRUST, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, A SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY, an Ohio corporation; GARY HERD, an individual; NANCY HERD, an individual; and DOES 1-30, inclusive,<br><br>    Defendants. | Case No.:  2:15-cv-00449-MCE-AC<br>(As Consolidated)<br><br>**STIPULATION RE: RULE 26 INITIAL DISCLOSURES; ORDER THEREON**<br><br><br><br><br><br><br><br><br><br>Associated Case No.<br>2:15-cv-00764-MCE-AC |

## STIPULATION

The parties, by and through their attorneys of record, hereby stipulate:

1. Tres Cruzes Land & Cattle, LLC and Scottsdale Insurance Company, A Subsidiary of Nationwide Insurance Company provided their respective initial disclosures to each other pursuant to Federal Rule of Civil Procedure 26(a)(1) in May 2015 prior to the consolidations of the actions.

2. Gary Herd and Nancy Herd have not yet provided Federal Rule of Civil Procedure 26(a)(1) initial disclosures in the instant consolidated action, or either of the previously unconsolidated actions.

3. John W. Busby II, Trustee of the Edward Pestana Trust has not yet provided Federal Rule of Civil Procedure 26(a)(1) initial disclosures in the instant consolidated action, or the previously unconsolidated action in which it is the Plaintiff.

4. The parties hereby agree that the initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) made previously by Tres Cruzes Land & Cattle, LLC and Scottsdale Insurance Company shall be deemed made in the consolidated action and shall be served on Gary Herd, Nancy Herd, and John W. Busby II, Trustee of the Edward Pestana Trust no later than March 7, 2016.  Tres Cruzes Land & Cattle, LLC and Scottsdale Insurance Company shall have up to and until March 7, 2016 to supplement and/or modify the previous disclosures.

5. The parties further agree that Gary Herd, Nancy Herd, and John W. Busby II, Trustee of the Edward Pestana Trust shall provide their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) to all parties to the consolidated action on or before March 7, 2016.

Dated: February 1, 2016                              BUSBY & ZAPPALA LLP


By:__/S/_____
RALPH A. ZAPPALA
ERIN S. SANCHEZ
Attorneys for Plaintiff and Counter-Defendant
TRES CRUZES LAND & CATTLE LLC

Dated: February 1, 2016                              BUSBY & ZAPPALA LLP


By:__/S/_____
RALPH A. ZAPPALA
ERIN S. SANCHEZ
Attorneys for Plaintiff and Counter-Defendant
JOHN W. BUSBY II, TRUSTEE OF THE EDWARD PESTANA TRUST

1  Dated: February 1, 2016                          DENTONS US LLP

                                                    By:___/S/_____
                                                    SONIA R. MARTIN
                                                    Attorneys for Defendant and Cross-
                                                    Defendant SCOTTSDALE INSURANCE
                                                    COMPANY, A SUBSIDIARY OF
                                                    NATIONWIDE INSURANCE COMPANY


   Dated: February 1, 2016                          SNIDER, DIEHL & RASMUSSEN, LLP



                                                    By:__/S/_____
                                                    STEPHEN C. SNIDER
                                                    Attorneys for Defendants, Counter-
                                                    Claimants, and Cross-Complainants
                                                    GARY HERD and NANCY HERD

**ORDER**

The parties having stipulated thereto and good cause appearing there, IT IS HEREBY ORDERED, that the parties may meet their obligations under FRCP 26(a)(1) as follows:

1. The initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) made in May 2015 by Tres Cruzes Land & Cattle, LLC and Scottsdale Insurance Company shall be deemed made in the consolidated action and shall be served on Gary Herd, Nancy Herd, and John W. Busby II, Trustee of the Edward Pestana Trust no later than March 7, 2016.  Tres Cruzes Land & Cattle, LLC and Scottsdale Insurance Company shall have up to and until March 7, 2016 to supplement and/or modify the previous disclosures.

2. Gary Herd, Nancy Herd, and John W. Busby II, Trustee of the Edward Pestana Trust shall provide their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) to all parties to the consolidated action on or before March 7, 2016.

IT IS SO ORDERED.

Dated:  February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT