RALPH A. ZAPPALA, SBN 102052
ERIN SHEFFIELD SANCHEZ, SBN 238450
BUSBY & ZAPPALA LLP
251 Lafayette Circle, Suite 350
Lafayette, California 94549
Telephone:     (925) 299-9600
Facsimile:      (925) 299-9608
E-mail:          rzappala@bzlawllp.com
                    esanchez@bzlawllp.com

Attorneys for Plaintiffs and Counter-Defendants
TRES CRUZES LAND & CATTLE LLC and
JOHN W. BUSBY II, TRUSTEE OF THE EDWARD
PESTANA TRUST

SONIA MARTIN, SBN 191148
MENGMENG ZHANG, SBN 280411
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA  94105-1101
Telephone:     (415) 267-4000
Facsimile:      (415) 267-4198
E-mail:          sonia.martin@dentons.com
                    mengmeng.zheng@dentons.com

Attorneys for Defendant and Cross-Defendant
SCOTTSDALE INSURANCE COMPANY, A
SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY

STEPHEN C. SNIDER, SBN 099557
SNIDER, DIEHL & RASMUSSEN, LLP
1111 W. Tokay Street
P.O. Box 560
Lodi, California 95241
Telephone:     (209) 334-5144
Facsimile:      (209) 333-1034
E-mail:          s.snider@lodilaw.com

Attorneys for Defendants and Counter-Claimants/Cross-Claimants
GARY HERD and NANCY HERD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRES CRUZES LAND & CATTLE, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>          vs. | Case No.:  2:15-cv-00449-MCE-AC (As Consolidated)<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE CONSOLIDATED ACTION; ORDER THEREON** |

SCOTTSDALE INSURANCE COMPANY,
A SUBSIDIARY OF NATIONWIDE
INSURANCE COMPANY, an Ohio
corporation; GARY HERD, an individual;
NANCY HERD, an individual; and DOES
1-30, inclusive,

              Defendants.

_____

JOHN W. BUSBY II, TRUSTEE OF THE
EDWARD PESTANA TRUST, an individual

          Plaintiff,

     vs.

SCOTTSDALE INSURANCE COMPANY,
A SUBSIDIARY OF NATIONWIDE
INSURANCE COMPANY, an Ohio
corporation; GARY HERD, an individual;
NANCY HERD, an individual; and DOES
1-30, inclusive,

              Defendants.

_____

Associated Case No.
2:15-CV-00764-MCE-AC

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this consolidated action in its entirety with prejudice, with each party to bear its own costs, attorney fees and expenses.

IT IS SO STIPULATED.

Dated:  July 6, 2016            BUSBY & ZAPPALA LLP


                        By: /S/_ Erin S. Sanchez (as authorized on July 6, 2016)
                        RALPH A. ZAPPALA
                        ERIN S. SANCHEZ
                        Attorney for Plaintiffs and Counter-
                        Defendants TRES CRUZES LAND & CATTLE LLC and
                        JOHN W. BUSBY II, TRUSTEE OF THE EDWARD
                        PESTANA TRUST

Dated:  July 6         , 2016          DENTONS US LLP


                                       By:    /S/ Sonia Martin
                                       SONIA MARTIN
                                       MENGMENG ZHANG
                                       Attorneys for Defendant and Cross-Defendant
                                       SCOTTSDALE INSURANCE COMPANY, A
                                       SUBSIDIARY OF NATIONWIDE INSURANCE
                                       COMPANY


Dated:  July 5, 2016                   SNIDER, DIEHL & RASMUSSEN, LLP


                                       By: /S/ Stephen C. Snider (as authorized on July 6, 2016)
                                       STEPHEN C. SNIDER
                                       Attorney for Defendants and Counter-Claimants/Cross-
                                       Claimants GARY HERD and NANCY HERD


## ORDER

        In accordance with the parties' stipulation, and good cause appearing, this consolidated

action is dismissed, with prejudice, with each party to bear its own attorney's fees, costs, and

expenses.  The matter having been concluded in its entirety, the Clerk of Court is ordered to

close the file.

        IT IS SO ORDERED .

Dated:  July 12, 2016

                                       _____
                                       MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE